# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D22-774
LT Case No. 2021-CA-000985-AX
_____

RAND LABS, INC., A PANAMANIAN
CORPORATION,

    Appellant,

    v.

NEKTRA, S.A. D/B/A COINFABRIK
an ARGENTINEAN ENTITY,
SEBASTIAN RAUL WAIN, DAVID
GARCIA, PABLO YABO, and RAND
LABS, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Brian Welke, Judge.

Carlos Nunez-Vivas and Catherine Shannon Christie, of
Waserstein & Nunez, PLLC, Bay Harbor, for Appellant.

Alexandra Goodstone, Brett Alan Barfield and Patricia Acosta, of
PAG Law, PLLC, Miami, for Appellee, Nektra S.A. D/B/A
Coinfabrik.

No Appearance for Other Appellees.

October 24, 2023

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––